UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**LANCER INSURANCE COMPANY,**

          Plaintiff,

vs.

REBECCA BONSELL, ESTATE OF WAYNE BONSELL, ESTATE OF JASON PESSONI, LINDA RANDALL, ESTATE OF JONATHON RANDALL, CENTRAL BIBLE COLLEGE, BONNIE JENKINS, GARY BRUEGMAN, DARRELL ARNESON, ASHLEY BEERS, RANDY BEVARD, RANDALL CARTWRIGHT, JONATHAN CHANG, BRANDON CRANOR, ASHLEY DAY, DANETTE DILLON, JORDAN DRAKE, JASON FISHER, ALFRED HOLMES, DEJA JENKINS, BARRY KINSER, EMMANUEL KOKE, JILL RALLS, LANDON REIMER, AMANDA RIVERA, CHRIS SARNOWSKI, GABE SMITH, ALONDA STONE, JEREMY WHALEY, JESCA WILKES, MICHAEL FILIPPONE, JAMES ELLIS WILSON ARTS INTERNATIONAL, DARRELL AMESON, SHOW ME COACHES, INC. d/b/a SHOW ME COACHES, ROBERT SMITH, BARRY THOMAS, JORDAN STURGEON, ECONOMY PAVING CORPORATION, C & C READY-MIX CORPORATION, and THE STATE OF NEW YORK,

          Defendants.

Civil Action No. 3:05-CV-898

TJM/DEP

---

Hon. David E. Peebles
United States Magistrate Judge

### SECOND ORDER OF PARTIAL SETTLEMENT

The attorneys for all of the parties who have appeared in this action, excluding those parties who are in default or who have heretofore been dismissed from this action on consent

based upon prior Stipulations of Partial Settlement, have entered into a Stipulation, to be "So Ordered" by the Court, settling the conscious pain and suffering and wrongful death claims herein of the Estate of Jason Pessoni, and consenting to the issuance by the Magistrate Judge of an Order releasing funds from the Registry of the Court to pay such settlement, pursuant to 28 U.S.C. §2042. The Court has read and approved the Stipulation of the parties, and, therefore,

**IT IS ORDERED THAT:**

1. The Clerk of the Court shall be and hereby is directed to pay from the funds deposited in this case with the Registry Account of the Court the sum of Six Hundred Thousand and 00/100 Dollars ($600,000.00) payable to Barasch, McGarry, Salzman & Penson, as attorneys for the Estate of Jason Pessoni, for deposit in an interest bearing account for the benefit of the distributees of said estate.

2. The money to be paid pursuant to this Order is a fixed amount and only a portion of the funds deposited with the Registry Account of the Court; so the party receiving payment at this time shall not be required to comply with Local Rule 67.2 which would otherwise require a completed Internal Revenue Service Form W-9 to be provided with the Order seeking withdrawal of the funds.

Dated: July  10  , 2006

_____
Hon. David E. Peebles
U.S. Magistrate Judge