UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LANCER INSURANCE COMPANY,

                Plaintiff,

    v.                                                          3:05-cv-0898

REBECCA BONSELL, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION & ORDER**

      Plaintiff Lancer Insurance Company has submitted a proposed final order in this matter which, among other things, seeks to enjoin the commencement of any litigation or arbitration against Lancer, Defendant Show Me Coaches, Inc., and Defendant Robert Smith. Certain Defendants have objected to that portion of the proposed final order providing relief to Show Me Coaches and Smith.

      The parties shall provide briefing (not to exceed ten pages each) on or before February 14, 2006 explaining whether Show Me Coaches, Inc. and/or Robert Smith should be entitled to the relief requested in the proposed final order. The Clerk of the Court shall place this matter on the Court's February 23, 2007 motion calendar in Binghamton, New York.

IT IS SO ORDERED.

Dated: February 8, 2007

                                                          Thomas J. McAvoy
                                                          Senior, U.S. District Judge